**DISMISS; and Opinion Filed May 15, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01751-CV

**UNIVERSITY GENERAL HOSPITAL, L.P., DUFEK MASSIF HOSPITAL CORPORATION A/K/A UNIVERSITY GENERAL HOSPITAL DALLAS, UGHS DALLAS HOSPITALS, INC., AND HASSAN CHAHADEH, M.D., Appellants**

**V.**

**REED MIGRAINE CENTERS OF TEXAS, PLLC, DR. KENNETH L. REED, M.D., AND NEURO STIM TECHNOLOGIES, LLC, Appellees**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-13-02875-A**

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Evans

This is an appeal from a temporary injunction order in favor of appellees. By unopposed motion filed May 6, 2014, appellees inform us the injunction has been dissolved and move to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2). We grant the motion and dismiss the appeal.

/David Evans/
DAVID EVANS
JUSTICE

131751F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

UNIVERSITY GENERAL HOSPITAL, L.P., DUFEK MASSIF HOSPITAL CORPORATION A/K/A UNIVERSITY GENERAL HOSPITAL DALLAS, UGHS DALLAS HOSPITALS, INC., AND HASSAN CHAHADEH, M.D., Appellants

No. 05-13-01751-CV      V.

REED MIGRAINE CENTERS OF TEXAS, PLLC, DR. KENNETH L. REED, M.D., AND NEURO STIM TECHNOLOGIES, LLC, Appellees

On Appeal from the County Court at Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-13-02875-A.
Opinion delivered by Justice Evans.
Justices Fillmore and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.
We **ORDER** each party bear its own costs of this appeal.

Judgment entered this 15th day of May, 2014.

/David W. Evans/
DAVID EVANS
JUSTICE

–2–